IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JILL M. McNERTNEY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 6:10-cv-03149-NKL ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.

X   Decision by Court.  This action came to trial or hearing before the Court. The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Order entered by the Honorable Nanette Laughrey on June 13, 2011, this case is reversed and remanded to the ALJ for the purpose of reconsidering McNertney's RFC after reconsidering any limitations caused by McNertney's mental impairments.  The ALJ will also have to reconsider those limitations in conjunction with the limitations she finds credible and present those limitations in a new hypothetical to the vocational expert.

| | |
|---|---|
| Dated: June 13, 2011 | ANN THOMPSON<br>Clerk |
| | s/ RENEA KANIES<br>By: Renea Kanies, Courtroom Deputy |